UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIRK LANDRY**     **CIVIL ACTION**

**VERSUS**     **NO. 23-544**

**STATE FARM FIRE AND CASUALTY COMPANY**     **SECTION: D (1)**

## ORDER

The Court has been advised by counsel for defendant, State Farm Fire and Casualty Company, in an email sent to the Court on October 19, 2023 and upon which all counsel were copied, that the parties have amicably resolved this matter.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, October 20, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**